**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>§<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>ENERGY*SOLUTIONS*, INC., ROCKWELL §<br>HOLDCO, INC., ANDREWS COUNTY §<br>HOLDINGS, INC., AND WASTE CONTROL §<br>SPECIALISTS LLC, §<br>§<br>Defendants. §<br>§ | Case No. 1:16-cv-01056-GMS |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO TRANSFER VENUE**

WHEREAS, Plaintiff United States of America filed the complaint in this action on November 16, 2017;

WHEREAS, the United States is challenging Energy*Solutions*, Inc.'s agreement to acquire Waste Control Specialists LLC as a violation of the Clayton Act and is seeking a permanent injunction barring the consummation of the transaction;

WHEREAS, the parties have begun meeting and conferring on a schedule that will allow the parties to reach trial sometime in Spring 2017;

WHEREAS, on this day, Defendants filed a Motion to Transfer Venue of this action to the Western District of Texas; and

WHEREAS, the parties have met and conferred and agreed on the following expedited briefing schedule for the Motion to Transfer Venue.

The parties hereby stipulate as follows and respectfully request that the Court order the following briefing schedule:

A.     The United States shall file any Opposition to the Motion to Transfer Venue no later than

       December 2, 2016; and

B.     Defendants shall file any Reply to the Motion to Transfer Venue no later than

       December 6, 2016.

Stipulated on November 23, 2016

Respectfully submitted,

/s/ Julie Elmer
Julie Elmer
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC  20530
julie.elmer@usdoj.gov
(202) 598-8332 (telephone)
(202) 616-8544 (facsimile)

Counsel for Plaintiff
United States of America

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
Joseph O. Larkin (ID No. 4883)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
920 N. King Street
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000
rob.saunders@skadden.com
joseph.larkin@skadden.com

Attorneys for Defendants
EnergySolutions, Inc. and Rockwell Holdco, Inc.

/s/ William M. Lafferty
Donald E. Reid (ID No. 1058)
William M. Lafferty (ID No. 2755)
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
dreid@mnat.com
wlafferty@mnat.com

Counsel for Defendants Waste Control Specialists
LLC and Andrews County Holdings, Inc.

2

OF COUNSEL:

Tara L. Reinhart (*pro hac vice* pending)
Steven C. Sunshine (*pro hac vice* pending)
Tiffany Rider
Steven Albertson
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C.  20005

Paul M. Eckles (*pro hac vice* pending)
Kenneth B. Schwartz
Charles Crandall
Luke T. Taeschler
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, New York  10036
*Attorneys for Defendants*
*EnergySolutions, Inc. and Rockwell Holdco, Inc.*

Joseph Ostoyich (*pro hac vice* pending)
Hugh M. Hollman (*pro hac vice* pending)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW #120
Washington, D.C. 20005
(202) 639-7700
joseph.ostoyich@bakerbotts.com
hugh.hollman@bakerbotts.com

Van H. Beckwith
BAKER BOTTS LLP
2001 Ross Avenue
Suite 600
Dallas, Texas 75201
van.beckwith@bakerbotts.com

*Counsel for Defendants Waste Control Specialists*
*LLC and Andrews County Holdings, Inc.*

3

4

So ORDERED, this __ day of _____, 2016.

_____
The Honorable Gregory M. Sleet
United States District Judge

4