IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 16-1056-SLR ) |
| ENERGY SOLUTIONS, INC., ROCKWELL HOLDCO, INC., ANDREWS COUNTY HOLDINGS, INC., and WASTE CONTROL SPECIALISTS LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 29th day of March, 2017, due to a change in the court's trial schedule;

IT IS ORDERED that the pretrial conference originally scheduled for **Tuesday, April 18, 2017** at 8:00 a.m. is hereby rescheduled for **10:00 a.m. on the same date** in courtroom 4B, fourth floor, United States Courthouse, 844 King Street, Wilmington, Delaware.

_____
Senior United States District Judge