IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 16-1056-SLR |
| ) | |
| ENERGY SOLUTIONS, INC., ) | |
| ROCKWELL HOLDCO, INC., ) | |
| ANDREWS COUNTY HOLDINGS, INC., ) | |
| and WASTE CONTROL SPECIALISTS ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 21st day of June, 2017, consistent with the opinion issued this same date;

IT IS ORDERED that:

1. Judgment shall be entered in favor of the United States of America and against defendants Energy Solutions, Inc., Rockwell Holdco, Inc., Andrews County Holdings, Inc., and Waste Control Specialists LLC. (D.I. 1)

2. Defendants are enjoined and restrained from carrying out the acquisition of Waste Control Specialists LLC by Energy Solutions, Inc. as memorialized in the merger agreement between Rockwell Holdco, Inc. and Andrews County Holding, Inc. dated November 18, 2015 and any amendments thereto.

_____
Senior United States District Judge