IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 16-1056-SLR ) |
| ENERGY SOLUTIONS, INC., ROCKWELL HOLDCO, INC., ANDREWS COUNTY HOLDINGS, INC. and WASTE CONTROL SPECIALISTS, LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's opinion and order of June 21, 2017;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the United States of America and against defendants Energy Solutions, Inc., Rockwell Holdco, Inc., Andrews County Holdings, Inc. and Waste Control Specialists LLC.

_____
Senior United States District Judge

Dated: 6/21/2017

_____
(By) Deputy Clerk